
USCA1 Opinion

	




       [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit





No. 98-2148

                          ENRICO PAONE,

                           Petitioner,

                                v.

      COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS,

                           Respondent.



           APPEAL FROM THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF NEW HAMPSHIRE

         [Hon. Steven J. McAuliffe, U.S. District Judge]



                              Before

                      Selya, Circuit Judge,
                 Bownes, Senior Circuit Judge,
                   and Stahl, Circuit Judge.
                                
                                
                                
                                
     Enrico Paone on brief pro se.
     Philip T. McLaughlin, Attorney General, and Charles T. Putnam,
Senior Assistant Attorney General, on brief for respondent.





May 27, 1999



                                
                                


            Per Curiam.    Having carefully reviewed the summary
 judgment below in light of the record and the arguments on this
 appeal, we agree with the district court's conclusion that the
 New Hampshire Supreme Court's decision was neither contrary to,
 nor an unreasonable application of, clearly established Federal
 law.  See 28 U.S.C.  2254(d)(1).  We add only that nothing in
 Doggett v. United States, 505 U.S. 647 (1992), compels a
 different result on federal habeas review.  Substantially for
 the reasons stated in the district court's well-reasoned
 opinion and order of September 3, 1998, the judgment is
 affirmed.   See Loc. R. 27.1.


